**Cletis RORIE, Appellant,**

v.

**Cranston MITCHELL, Respondent.**

**No. WD 53971.**

Missouri Court of Appeals,
Western District.

Jan. 13, 1998.

Alan G. Kimbrell, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cassandra K. Dolgin, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Cletis Rorie appeals the circuit court's judgment on the pleadings ruling against him in his declaratory judgment action that the probation and parole board was not precluded from considering his eligibility for parole. We affirm.  Rule 30.25(b).